UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WESTON, JORDAN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | No. 2:19-cv-262-MCE-EFB PS<br><br><br>ORDER |

On September 29, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed September 29, 2020, are ADOPTED;

///

///

///

///

1

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the August 28, 2020 order (ECF No. 3); and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: November 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE